# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 21, 2012[*]

**Before**

WILLIAM J. BAUER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 12-1367

| | |
|---|---|
| ANTONIO I. BRYANT, | Appeal from the United States District |
|     *Plaintiff-Appellant*, | Court for the Northern District of |
| | Illinois, Eastern Division. |
|   *v.* | |
| | No. 1:06-cv-00114 |
| GENERAL PACKAGING PRODUCTS, a | |
| Delaware corporation, *et al.*, | **Elaine E. Bucklo**, |
|     *Defendants-Appellees*. | *Judge*. |

### O R D E R

On consideration of the petition for rehearing and rehearing en banc, filed on December 5, 2012, no judge in active service has requested a vote, and all of the judges on the original panel have voted to DENY the petition for rehearing. Accordingly, the petition for rehearing is **DENIED**.

The final two sentences of the order issued by the Court in this case on November 20, 2012, are hereby amended to read as follows, with deletions ~~struck through~~ and additions in **bold**:

---

[*]Judge Joel M. Flaum did not participate in the consideration of the petition for rehearing.

Moreover, even if ~~Brown~~ **Bryant** had articulated an argument under Rule 60(b), a postjudgment motion under even the "catchall" provision of that rule cannot be granted unless it is filed within a reasonable time after the judgment. FED. R. CIV. P. 60(c)(1); Arrieta v. Battaglia, 461 F.3d 861, 865 (7th Cir. 2006); Ingram v. Merrill Lynch, Pierce, Fenner, & Smith, Inc., 371 F.3d 950, 952 (7th Cir. 2004). ~~Brown~~ **Bryant** has not even attempted to explain how his motion was filed in a reasonable time when it came more than four years after the judgment and his previous motion attacking the settlement on a different ground.

An amended order shall be issued accordingly.